# THE ATTORNEY GENERAL
## OF TEXAS
Gerald C. Mann
AUSTIN 11, TEXAS



Honorable I. Predecki
County Auditor
Galveston County
Galveston, Texas

Dear Sir:

Opinion No. 0-2516
Re: Commissioners' courts -
Buildings - Agricultural and
Home Demonstration Agents.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"For many years, Galveston County has employed Farm and Home Economics Demonstration Agents in cooperation with the Agricultural and Mechanical College of Texas, as provided for in Article 164, Revised Civil Statutes. Both Agents have had their headquarters and their office in a building that the County owns on the mainland at Dickinson.

"At a meeting of the County Commissioners' Court held on yesterday, a number of citizens from the mainland, as well as both Demonstration Agents, appeared and requested that the County in addition to the office building referred to, now furnish a large hall to be used in connection with agricultural and dairy activities. The spokesman stated that such a hall was now needed also in connection with the Agricultural Adjustment Administration, and the building required would cost approximately $20,000.00 or more.

"Your opinion is respectfully desired as to the authority of the Commissioners' Court to expend county funds for this purpose."

Article 164, Vernon's Annotated Texas Civil Statutes, reads as follows:

"The commissioners' Court of any county of this state is authorized to establish and conduct cooperative demonstration work in Agriculture and Home Economics in co-operation with the Agricultural

and Mechanical College of Texas, upon such terms and conditions as may be agreed upon by the Commissioners' Court and the Agents of the Agricultural and Mechanical College of Texas; and may employ such means, and may appropriate and expend such sums of money as may be necessary to effectively establish and carry on such demonstration work in Agriculture and Home Economics in their respective Counties."

You are respectfully advised that it is the opinion of this department that if the commissioners' court of Galveston County, Texas determines that it is necessary to erect a building to effectively establish and carry on demonstration work in Agriculture and Home Economics in Galveston County in cooperation with the Agricultural and Mechanical College of Texas, the court may expend county funds for such purpose under the authority of Article 164, supra. However, the commissioners' court would not be authorized to expend county funds to erect a building to house the agencies of the Agricultural Adjustment Administration of the Federal Government.

Very truly yours

APPROVED JUL 20, 1940

/s/ Grover Sellers
First Assistant
Attorney General

ATTORNEY GENERAL OF TEXAS

By /s/ Wm. J. Fanning

Wm. J. Fanning
Assistant

W JF:AW/cm

APPROVED
Opinion
Committee

By  BWB
Chairman